UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – CHANGE OF PLEA

| Case No. | LACR 21-00081-VAP | | Date | March 29, 2021 |
|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE ||||
| Interpreter | N/A ||||

| Christine Chung | Myra Ponce | Richard E. Robinson - VTC |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Custody | Bond | Attorneys for Defendant(s) | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Hassan Kanyike – VTC | X | | X | Victor Sherman – VTC | X | | X |
| **Proceedings:** | ENTRY OF GUILTY PLEA TO THE SINGLE-COUNT INFORMATION (VIDEO-TELECONFERENCE) |||||||

Case called, and appearances made. The entry of a guilty plea hearing is held by video-teleconference with the express consent of the Defendant.

Defendant is sworn and states his true name as charged. Defendant moves to plead guilty to the one-count Information.

Defendant now enters a plea of GUILTY to the one-count Information.

The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the U.S. Probation Office for investigation and report and continues the matter to **August 23, 2021 at 9:00 a.m**., for sentencing.

**Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing. Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

*cc:*   *U.S. Probation Office*