CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARGARET A. FARRAND (Bar No. 235295)
Deputy Federal Public Defender
(E-Mail: Margaret_Farrand@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7528
Facsimile: (213) 894-0081

Attorneys for Defendant
HASSAN KANYIKE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HASSAN KANYIKE,<br><br>　　　　　Defendant. | Case No. 2:21-cr-0081-VAP<br><br>**NOTICE OF AGREEMENT WITH GOVERNMENT'S PROPOSED SENTENCING REDUCTION AND REQUEST THAT COURT ENTER ORDER REDUCING DEFENDANT'S SENTENCE UNDER AMENDMENT 821** |

　　　　On November 3, 2023, Defendant Hassan Kanyike filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), (Docket no. 109.) On December 11, 2023, the government filed a response to Mr. Kanyike's motion, stating that the government does not oppose a 10-month reduction in Mr. Kanyike's sentence pursuant to the zero-point offender provisions of Amendment 821 and Sentencing Guidelines 1B1.10 and 4C1.1, so long as the reduction has an effective date of no earlier than February 1, 2024. (Docket no. 115.)

　　　　//

　　　　//

　　　　//

1  Mr. Kanyike hereby notifies the Court that he agrees with and consents to the
2  Court's granting of his motion and entry of a ten-month reduction in his sentence, with
3  an effective date of February 1, 2024, and enter the reduced sentence on form AO-247
4  or attach that form to the Court's amended judgment.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 25, 2024         By  /s/ Margaret A. Farrand
                                MARGARET A. FARRAND
                                Deputy Federal Public Defender
                                Attorney for Defendant
                                HASSAN KANYIKE